UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the July 16, 2005
Hopkins/Taylor Program,

                 Plaintiff,                 NOT FOR PUBLICATION
                                     **ORDER**

              -against-

                                       06-CV-334 (CBA) (RER)

ANGELA M. RIVERA, Individually, and
as officer, director, shareholder and/or
principal of A & E DIAMOND CUTS INC.,
and AE DIAMOND CUTS INC. d/b/a
DIAMOND CUTS INC.; and A & E
DIAMOND CUTS INC., and AE
DIAMOND CUTS INC. d/b/a DIAMOND
CUTS INC.,

                 Defendants.
----------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE

       On May 1, 2006, the Honorable Ramon E. Reyes, United States Magistrate Judge, issued a Report and Recommendation regarding damages in this case where the defendants have admitted liability through default. The Report provided that any objections thereto must be filed with the Court within ten days of receiving the Report "and, in any event, on or before May 15, 2006." (Report and Recommendation 9, May 1, 2006.) Noting that Magistrate Judge Reyes had directed the plaintiff to serve copies of the Report upon the defendants at their last known addresses, and that no proof of service had yet been filed, the Court on May 16, 2006 ordered the plaintiff to file proof of service within five days, and extended the defendants' time to reply until ten days after the date that proof of service was filed with the Clerk of the Court.

       On May 17, 2006, the plaintiff filed an affidavit and supporting exhibits to the

effect that the Report had been served on the defendants via certified mail on May 2, 2006. Accordingly, the defendants' time to file objections, as extended by this Court, expired on June 1, 2006. No objections have been filed.

Upon consideration of Magistrate Judge Reyes's thorough Report and Recommendation and the plaintiff's submissions, the Court hereby adopts the Report as its opinion in this case and directs that default judgment in the amount of $6,500 be entered against the defendants. The Clerk of the Court is instructed to enter judgment accordingly and to close the case.

SO ORDERED.

Dated: Brooklyn, New York
      June 2, 2006

                                          Carol Bagley Amon
                                          United States District Judge