FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 7 2006 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
J&J SPORTS PRODUCTIONS, INC. as
Broadcast Licensee of the July 16, 2005
Hopkins/Taylor Program,

     Plaintiff,

 -against-

ANGELA M. RIVERA, Individually, and
as officer, director, shareholder and/or
principal of A & E DIAMOND CUTS INC.,
and AE DIAMOND CUTS INC. d/b/a
DIAMOND CUTS INC.; and A & E
DIAMOND CUTS INC., and AE
DIAMOND CUTS INC. d/b/a DIAMOND
CUTS INC.,

     Defendants.
----------------------------------------X

JUDGMENT
06-CV- 0334 (CBA)

  An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on June 2, 2006, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated May 1, 2006; and directing the Clerk of Court to a default judgment against the defendants in the total amount of $6,500.00, including $5,000.00 in statutory damages and $1,500.00 in attorney's fees and costs; it is

JUDGMENT
06-CV- 0334 (CBA)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes is adopted; and that judgment is hereby entered in favor of plaintiff, J&J Sports Productions, Inc. as Broadcast Licensee of the July 16, 2005 Hopkins/Taylor Program, and against defendants, Angela M. Rivera, Individually, and as officer, director, shareholder and/or principal of A & E Diamond Cuts Inc. and A.E. Diamond Cuts Inc. d/b/a Diamond Cuts Inc., and A & E Diamond Cuts Inc. and A.E. Diamond Cuts Inc. d/b/a Diamond Cuts Inc., in the total amount of $6,500.00, including $5,000.00 in statutory damages and $1,500.00 in attorney's fees and costs.

Dated: Brooklyn, New York
June 05, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court